# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARY ANN PARKER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:21-CV-00261-ACA |
| TEES ENTERPRISES, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby files this Notice of Voluntary Dismissal.

Respectfully submitted this the 4th day of March, 2021.

_____
John Allen Fulmer (ASB-1089-O42F)
*Attorney for Plaintiff*

**Of Counsel:**
**FULMER LAW FIRM, P.C.**
2330 Highland Ave S
Birmingham, AL 35205
Telephone: (205) 703-4892
jaf@jafulmerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via email the foregoing to the defendant:

TEES ENTERPRISES, INC.
c/o Juritta Neal
Route 2
Holly Pond, AL 35083
jneal@jetpep.com

                                                                  */s/ John Allen Fulmer*
                                                                  Of counsel