# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,** | ] |
| **Plaintiffs,** | ] |
| v. | ]   2:21-cv-00261-ACA |
| **TEES ENTERPRISES, INC.,** | ] |
| **Defendant.** | ] |

## FINAL ORDER

Before the court is Plaintiff Mary Ann Parker's "Notice of Voluntary Dismissal." (Doc. 8). In accordance with Federal Rule of Civil Procedure 41, the court **DISMISSES** Ms. Parker's complaint **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (a)(2).

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this March 4, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE